1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MAXINE CARTER,                                    CASE NO. 1:12-cv-02062-SMS

               Plaintiff,

                               ORDER GRANTING PLAINTIFF'S
   v.                                             MOTION TO PROCEED *IN FORMA*
                               *PAUPERIS*

MICHAEL J. ASTRUE,
Commissioner of Social Security,

             Defendant.               (Doc. 3)
_____/

       By a motion filed December 19, 2012, Plaintiff Maxine Carter seeks to proceed *in forma*

*pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

1915(a).

       Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.  The

Clerk of Court is directed to issue new case documents.

IT IS SO ORDERED.

**Dated:   December 28, 2012**              _____/s/ Sandra M. Snyder_____
                                     UNITED STATES MAGISTRATE JUDGE