1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff MAXINE CARTER
6

7
                    UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9
                         FRESNO DIVISION
10

11
   MAXINE CARTER                    )  Case No.:   1:12-CV-2062-SMS
12                                   )
             Plaintiff,             )  STIPULATION TO EXTEND
13                                   )  BRIEFING SCHEDULE;
        vs.                         )  ORDER THEREON
14                                   )
   MICHAEL J. ASTRUE, Commissioner )
15                                   )
   of Social Security,             )
16                                   )
             Defendant             )
17  _____)

18
        TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE
19
   OF THE DISTRICT COURT:
20
        Plaintiff Maxine Carter ("Plaintiff") and defendant Michael Astrue,
21
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
22
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
23
   for Plaintiff to file Plaintiff's Opening Brief to October 4, 2013; and that
24
   Defendant shall have until November 4, 2013, to file his opposition, if any is
25
   forthcoming.  Any reply by plaintiff will be due November 11, 2013.
26

                                     -1-

1    An extension of time for plaintiff is needed due to a serious illness in

2  Counsel's family.  Counsel Spouse receives chemotherapy treatment for her Stage

3  IV breast cancer which metastasized initially to her liver and continues to spread to

4  her lungs and spine.  Counsel requires the additional time to file the Opening Brief

5  to allow him to devote the appropriate time to assist his Spouse and his two

6  kindergarten and pre-school aged children through this obviously stressful

7  experience.  Counsel sincerely apologizes to the court for any inconvenience this

8  may have had upon it or its staff.

9

10
    DATE: August 12, 2013          Respectfully submitted,
11
                                   LAW OFFICES OF LAWRENCE D. ROHLFING
12
                                       /s/ *Steven G. Rosales*
13                             BY: _____
                                   Steven G. Rosales
14                                 Attorney for plaintiff MAXINE CARTER

15
    DATE:  August 12, 2013         BENJAMIN WAGNER
16                                 United States Attorney

17

18                                 */S/- Francesco Benavides

19
                                   _____
20                                 Francesco Benavides
                                   Special Assistant United States Attorney
21                                 Attorney for Defendant
                                   [*Via email authorization]
22

23

24

25

26


-2-

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2   and including October 4, 2013, in which to file Plaintiff's Opening Brief;

3   Defendant may have an extension of time to November 4, 2013 to consider the

4   contentions raised in Plaintiff's Opening Brief, and file any opposition if

5   necessary.  Any reply by plaintiff will be due November 11, 2013.

6    IT IS SO ORDERED.

7   DATE: 8/13/2013

8                                                    /s/ SANDRA M. SNYDER_____
                                                     THE HONORABLE SANDRA M. SNYDER
9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26