Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff MAXINE CARTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MAXINE CARTER | Case No.:   1:12-CV-2062-SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Maxine Carter ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 4, 2013; and that Defendant shall have until November 4, 2013, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due November 11, 2013.

-1-

1    An extension of time for plaintiff is needed due to a serious illness in

2  Counsel's family.  Counsel Spouse receives chemotherapy treatment for her Stage

3  IV breast cancer which metastasized initially to her liver and continues to spread to

4  her lungs and spine.  Counsel requires the additional time to file the Opening Brief

5  to allow him to devote the appropriate time to assist his Spouse and his two

6  kindergarten and pre-school aged children through this obviously stressful

7  experience.  Counsel sincerely apologizes to the court for any inconvenience this

8  may have had upon it or its staff.

9

10

11  DATE: August 12, 2013          Respectfully submitted,

12                                 LAW OFFICES OF LAWRENCE D. ROHLFING

13                                     /s/ *Steven G. Rosales*

14                         BY:_____
                               Steven G. Rosales
                               Attorney for plaintiff MAXINE CARTER

15
    DATE:  August 12, 2013        BENJAMIN WAGNER
16                                 United States Attorney

17

18                                 */S/- Francesco Benavides

19

20                                 _____
                                   Francesco Benavides
21                                 Special Assistant United States Attorney
                                   Attorney for Defendant
22                                 [*Via email authorization]

23

24

25

26

1         IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2    and including October 4, 2013, in which to file Plaintiff's Opening Brief;

3    Defendant may have an extension of time to November 4, 2013 to consider the

4    contentions raised in Plaintiff's Opening Brief, and file any opposition if

5    necessary.  Any reply by plaintiff will be due November 11, 2013.

6         IT IS SO ORDERED.

7    DATE: 8/13/2013

8                    /s/ SANDRA M. SNYDER
                     THE HONORABLE SANDRA M. SNYDER

9                    UNITED STATES MAGISTRATE JUDGE