STEVEN G. ROSALES
Attorney at Law:  222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C115
Santa Fe Springs, California 90670
Tel:  562-868-5886
Fax:  562-868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff MAXINE CARTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE CARTER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE,<br><br>Commissioner of Social Security,<br><br>Defendant | Case No.: 1:12-CV-02062-SMS<br><br>REQUEST TO FILE LATE PLAINTIFF'S OPENING BRIEF; ORDER THEREON |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Counsel for Plaintiff Maxine Carter hereby requests leave of court to file his Opening Brief in this matter five days late.  Counsel incorrectly calendared the due date as October 9, 2013.  Counsel has taken steps to ensure that such a mis-calendaring does not happen in the future.

Counsel for Plaintiff sincerely apologizes to the court for any inconvenience this may have caused.

DATE: October 9, 2013            Respectfully submitted,
                                 LAW OFFICES OF LAWRENCE D. ROHLFING

                        BY: __/s/ Steven G. Rosales_____
                            Steven G. Rosales
                            Attorney for plaintiff MAXINE CARTER


IT IS HEREBY ORDERED that plaintiff may file Plaintiff's Opening Brief five days late.  Defendant may have an extension of time to November 8, 2013 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff will be due November 15, 2013.

IT IS SO ORDERED.


DATE:  10/18/2013           /s/ SANDRA M. SNYDER_____
                            UNITED STATES MAGISTRATE JUDGE